AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

CHARLIE JAMES FREEMAN, JR.,

Petitioner,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 4:20-cv-301

R. CARLTON POWELL,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated July 29, 2022, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The Petitioner's 28 U.S.C. § 2254 petition is dismissed. A Certificate of Appealability and in forma pauperis status on appeal are denied, and this case stands closed.

Judge Approval?

Approved by: ______________________________

July 29, 2022
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*